IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GREGORY DWAYNE DIXON                                                      PLAINTIFF

v.                                     Case No. 4:26-cv-04020

SHERIFF BRYAN MCJUNKINS;
and JAIL ADMINISTRATOR JANA TALLANT                                      DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on June 10, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 9.  Judge Singleton recommends that Plaintiff's Complaint be dismissed without prejudice for failure to obey court orders and failure to prosecute.  ECF No. 9, at 3.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed.[1]  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*.  Accordingly, the Court finds that Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's orders and for failure to prosecute this case.

**IT IS SO ORDERED**, this 8th day of July, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

---

[1] The Report and Recommendation was returned marked as undeliverable, and Plaintiff has not provided a new address.  ECF No. 8.